**GOLDBERG & FLIEGEL LLP**
ATTORNEYS AT LAW
60 EAST 42ND STREET, SUITE 3421
NEW YORK, NEW YORK 10165
www.goldbergfliegel.com

KENNETH A. GOLDBERG
MICHELE L. FLIEGEL

September 29, 2010

TELEPHONE: (212) 983-1077
FACSIMILE: (212) 973-9577

Via E-mail: CrottyNYSDChambers@nysd.uscourts.gov
Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735, Courtroom 20-C
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 29 SEP 2010

RE:   *Schoenfeld v. Printing House Fitness Center Ltd., et al.*
      Docket No. 09 Civ. 8615 (PAC)

Dear Judge Crotty:

This Firm represents the Plaintiff in the above matter.

At this Court's direction, this letter is submitted jointly by the parties to confirm the schedule set by the Court at the September 28, 2010 conference.

The Court set the following dates:

November 15, 2010:              Deadline for completion of discovery
January 6, 2011 (2:45 p.m.):    Pre-trial conference
January 17, 2011:               Trial

The Court directed the parties to submit their pre-trial materials, including motions in limine, in accordance with Your Honor's rules.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Kenneth A. Goldberg

Kenneth A. Goldberg

cc:   Laurent Drogin, Esq.

MEMO ENDORSED

SO ORDERED: 9/29/10

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE