**GOLDBERG & FLIEGEL LLP**
ATTORNEYS AT LAW
60 EAST 42ND STREET, SUITE 342
NEW YORK, NEW YORK 10165
www.goldbergfliegel.com

KENNETH A. GOLDBERG
MICHELE L. FLIEGEL

TELEPHONE: (212) 983-1077
FACSIMILE: (212) 973-9577

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 JAN 2011

January 10, 2011

**BY FACSIMILE (212) 805-6304**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20 C
New York, NY 10007
T - 212-805-6312--Emergencies Only

Re: Renee Schoenfeld v. Printing House Fitness Center Ltd. et al.
09-cv-8615 (PAC)

Dear Judge Crotty:

We represent the Plaintiff in the above matter. This letter is jointly submitted by the parties. I write to update the Court and advise Your Honor that the parties have executed a settlement agreement in this matter.

Under the agreement, Defendants are required to make a final settlement payment by February 1, 2011 and after that payment, the parties would file a stipulation of dismissal.

The parties jointly request that the January 17, 2011 trial date (and submission of a pre-trial order) be rescheduled for a date after February 1, 2011, to allow the parties time to consummate the settlement and file a stipulation of dismissal. The parties also request that this case remain on the Court's docket until such time as the parties file a stipulation of dismissal.

If for any reason Defendants fail to make the February 1, 2011 payment, the parties would submit a joint pre-trial order and seek to proceed to trial in this matter.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Kenneth A. Goldberg

cc: Laurent Drogin, Esq. 212-216-8001

**MEMO ENDORSED**

Application GRANTED. In the event the matter is not resolved by February 1, 2011, the joint pretrial order and proposed voir dire shall be submitted on or before Friday, February 4, 2011. The final pretrial conference will go forward on Wednesday, February 9, 2011 at 4:00 PM. The jury trial will commence on Monday, February 14, 2011 at 9:30 AM in Courtroom 20-C. There will be no further extensions of this trial schedule.

SO ORDERED:

/s/ Paul A. Crotty  12 JAN 2011
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

## GOLDBERG & FLIEGEL LLP
ATTORNEYS AT LAW
60 EAST 42ND STREET, SUITE 3421
NEW YORK, NEW YORK 10165
www.goldbergfliegel.com

KENNETH A. GOLDBERG
MICHELE L. FLIEGEL

TELEPHONE: (212) 983-1077
FACSIMILE: (212) 973-9577

January 6, 2011

**BY FACSIMILE (212) 805-6304**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20 C
New York, NY 10007
T - 212-805-6312--Emergencies Only

Re: **Renee Schoenfeld v. Printing House Fitness Center Ltd, et al.
09-cv-8615 (PAC)**

Dear Judge Crotty:

We represent the Plaintiff in the above matter. This letter is jointly submitted by the parties. I write to update the Court and advise Your Honor that the parties are in the process of finalizing and executing a settlement agreement in this matter. The parties respectfully request an adjournment of today's conference (and submission of a pre-trial order) to focus on finalizing the written settlement agreement and seeking to have it executed today or tomorrow. The parties request leave to update the Court tomorrow regarding the status of this matter. If for any reason a settlement agreement is not executed, the parties would submit a pre-trial order and proceed to trial in this matter as scheduled. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Kenneth A. Goldberg

cc: Laurent Drogin, Esq. 212-216-8001

## GOLDBERG & FLIEGEL LLP
### ATTORNEYS AT LAW
60 EAST 42ND STREET, SUITE 3421
NEW YORK, NEW YORK 10165
www.goldbergfliegel.com

KENNETH A. GOLDBERG
MICHELE L. FLIEGEL

TELEPHONE: (212) 983-1077
FACSIMILE: (212) 973-0877

January 7, 2011

**BY FACSIMILE (212) 805-6304**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20 C
New York, NY 10007
T - 212-805-6312--Emergencies Only

Re:  **Renee Schoenfeld v. Printing House Fitness Center Ltd. et al.**
**09-cv-8615 (PAC)**

Dear Judge Crotty:

We represent the Plaintiff in the above matter. This letter is jointly submitted by the parties. I write to update the Court and advise Your Honor that the parties are still in the process of executing a settlement agreement in this matter. The parties request leave to update the Court on the morning of January 10, 2011 regarding the status of this matter. If for any reason a settlement agreement is not executed, the parties would submit a pre-trial order and proceed to trial in this matter as scheduled. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Kenneth A. Goldberg

cc:   Laurent Drogin, Esq. 212-216-8001